maximum of the sentence properly conform to the principle incorporated in parts of the Illinois Unified Code of Corrections, Ill. Rev. Stat. 1972, ch. 38, par. 1005—8—1, though not specifically applicable to the Class 1 felony involved in this case.

Affirmed.

DRUCKER, P. J., and LORENZ, J., concur.

DAVID ALTMAN, Plaintiff-Appellant, *v.* MAX GREGG, Defendant-Appellee.

(No. 57071;

First District (5th Division)—April 27, 1973.

PER CURIAM.

Sidney S. Altman, of Chicago, for appellant.

Ahern & Gillogly, of Chicago, (Daniel C. Ahern, of counsel,) for appellee.